# EXHIBIT 1

**From:** dave cummin <docded44@yahoo.com>
**Date:** January 6, 2014 at 1:50:05 PM EST
**To:** Hocking County Commissioners <commissioners@co.hocking.oh.us>
**Subject: Coroner Employees**
**Reply-To:** dave cummin <docded44@yahoo.com>

Jan 2 at 5:22 PM
David Cummin, MD
Hocking County Coroner
PO Box 917
Logan, OH 43138
January 2, 2014


Hocking County Commissioners

1 E. Main Street

Logan, OH 43138


Dear Commissioners:

I am regretfully writing to inform you of the resignation of my investigators due to lack of funding provided for their salaries. This was a concern of mine that I addressed on the record with you at an open Commissioner Meeting in late October 3, 2013. You asked me what was necessary to retain my employees and told me to place $24,000.02 in my budgetary line-item for employee salaries and then you would address it. Despite me doing exactly as instructed, that amount was denied and thereby you essentially terminated my employees. I do not understand your purpose of having me doing meaningless work, only to be denied the requested result, without even a phone call.

The Hocking County citizens had invested in at least twenty certified death investigator education hours for both investigators on a yearly basis. Jamie Walsh, a veteran of the office of eight years, and Mike Downour, a veteran of thirteen years, provided the county their dedicated service to assist law enforcement and the decedent families with their expertise, promptness, and compassion. With their assistance, the Hocking County Coroner Office has never mishandled a death investigation or been named in a law suit. They never asked to be reimbursed for mileage for the use of their vehicles. Lastly they were available and showed up to all death scenes since I took office, twenty-four hours a day, three hundred sixty-five days a year. They saved the county the cost of a deputy coroner physician by covering me when I was out of town or otherwise unavailable so that a trained death investigator was on all death scenes.

Clearly things will be different in the future. Please let me know what your plans for managing the caseload in an effective manner.

As Commissioners, if you deny me the tools necessary to do my job, then you will be the ones held accountable for my inability to do my elected job. I will be sending a letter to law enforcement offices, EMS, the 911 operators, funeral directors, and the hospital to notify you for their concerns as well as notifying the public for the imminent problems ahead. I predict that your defunding of my employees will be a costly mistake for the taxpayers of Hocking County.

Since I no longer have any staff to cover me, I will refer the above agencies to you for your contingency plans and I ask you to please forward them your personal contact numbers, including cell numbers and home phone numbers, so that their questions may be addressed and there is a seamless transition for all of those involved.

I will be out of town for medical educational conferences Thursday, January 9 – Sunday January 12, 2013 and Thursday, January 23 – Sunday January 26, 2013. I will be unavailable during those times and I will need you to find me coverage. I will let you know on a continuing monthly basis of my future planned absences and vacations so that you may plan accordingly.

Sincerely,
David Cummin, MD
Hocking County Coroner

EXHIBIT 2

# Sheriff Lanny North

**From:** Laina Fetherolf
**Sent:** Monday, July 14, 2014 12:00 PM
**To:** Sheriff Lanny North
**Subject:** Re: Coroner letter

The main effect of it, from my perspective, is that it means that next time he won't be contending with us, but with them, and WE have some assurance that they'll intervene. I agree that he will be unfazed, and told them so.

Also, I intend to continue looking at the Gorniak bill as an open investigation in the hopes of charging it as a felony if we discover she was not privy to it. That's our best course of action if we can prove it. A felony is immediate removal from office.

Apparently, the records situation is happening across the state, so they're not particularly concerned with it. They also don't believe that Gorniak is necessarily violating anything because the statute just prevents her from engaging in "private practice" but apparently they've already allowed another coroner to be both a full time coroner and work parttime for another. If I'd known this before, I would have been running all over the state making money off of other prosecutors.

My conversation with them left me very frustrated. But I'm willing to be patient a little longer if it means we finally have them on the hook to help.

Sent from my iPhone

On Jul 14, 2014, at 11:50 AM, "Sheriff Lanny North" <Sheriff@co.hocking.oh.us> wrote:

> Laina,
>
> I understand the AG is going to send the Coroner a last chance letter.
> I wasn't sure of what all the letter entailed other than I had requested BCI to conduct an investigation.
>
> How many letters has he received over the years from you advising him is in violation of the law. Not to mention the endless hours of meeting with Dave Warren and Steve Schierholt from BCI about his behavior.
>
> *He has violated the court ordered protocol.
> *He maintains coroner files in his private office.
> *He releases bodies of individuals who died from violent deaths without consulting with either one of us.
> *He leaves the county unattended for days without providing any deputy coroner coverage. It's my understanding the family from the last death is considering conferring with attorney.
>
> It isn't the AG that has to contend with his continual reckless disregard of the law by failing to perform his job duties. And is it isn't the AG who receives the calls from Commissioners and first responders whenever the Coroner isn't available.
>
> I know I am not telling you anything you don't already know.
>
> Given his past demeanor, I just don't believe a last chance letter is going to make a difference on how he handles situations in the future.

1

He will continue to do whatever he pleases and we will be discussing this all over again.

He knows he can do whatever he wishes and suffer no consequences for his actions.
Even filing of a criminal charge against him may not, but it may make him realize we are not going to tolerate his behavior anymore.

But it may be a start.

Lanny

## Sheriff Lanny North

**From:** Laina Fetherolf
**Sent:** Monday, July 14, 2014 1:16 PM
**To:** Sheriff Lanny North
**Subject:** Re: Coroner letter

Right, then they tried to say that about $2700 would fix the issue because he could add that to his travel budget and get the $12,000 for a new employee. I told them the travel line item was for paying funeral homes to transport bodies, and that the "employees" who suddenly were unavailable were his friends and it was all a big conspiracy.

Sent from my iPhone

On Jul 14, 2014, at 1:14 PM, "Sheriff Lanny North" <Sheriff@co.hocking.oh.us> wrote:

> Apparently there is more going on then I am aware of.
> Friday, Schierholt ask me for copies of his budget for 2013 & 2014, which I sent to him to indicate it wasn't actually cut.
>
> **From:** Laina Fetherolf
> **Sent:** Monday, July 14, 2014 12:11 PM
> **To:** Sheriff Lanny North
> **Subject:** Re: Coroner letter
>
> Also, if the family files a report with us, I'm going to have to consider whether to file on their behalf as well.
>
> We can discuss more in detail tomorrow or Wednesday, because they had various excuses/justifications he provided through the coroners association that I shot down.
>
> Sent from my iPhone
>
> On Jul 14, 2014, at 11:50 AM, "Sheriff Lanny North" <Sheriff@co.hocking.oh.us> wrote:
>
>> Laina,
>>
>> I understand the AG is going to send the Coroner a last chance letter.
>> I wasn't sure of what all the letter entailed other than I had requested BCI to conduct an investigation.
>>
>> How many letters has he received over the years from you advising him is in violation of the law. Not to mention the endless hours of meeting with Dave Warren and Steve Schierholt from BCI about his behavior.
>>
>> *He has violated the court ordered protocol.
>> *He maintains coroner files in his private office.
>> *He releases bodies of individuals who died from violent deaths without consulting with either one of us.

1

*He leaves the county unattended for days without providing any deputy coroner coverage. It's my understanding the family from the last death is considering conferring with attorney.

It isn't the AG that has to contend with his continual reckless disregard of the law by failing to perform his job duties. And is it isn't the AG who receives the calls from Commissioners and first responders whenever the Coroner isn't available.

I know I am not telling you anything you don't already know.

Given his past demeanor, I just don't believe a last chance letter is going to make a difference on how he handles situations in the future.
He will continue to do whatever he pleases and we will be discussing this all over again.

He knows he can do whatever he wishes and suffer no consequences for his actions. Even filing of a criminal charge against him may not, but it may make him realize we are not going to tolerate his behavior anymore.

But it may be a start.

Lanny

EXHIBIT 3

## Sheriff Lanny North

**From:** Laina Fetherolf
**Sent:** Wednesday, July 16, 2014 8:19 AM
**To:** Sheriff Lanny North
**Subject:** Re: LDN article

What's new? And they wonder why I won't comment.

Sent from my iPhone

> On Jul 16, 2014, at 8:18 AM, "Sheriff Lanny North" <Sheriff@co.hocking.oh.us> wrote:
>
> Article is full of falsehoods.
>
> And apparently one-sided!
>
>
> -----Original Message-----
> From: Laina Fetherolf
> Sent: Wednesday, July 16, 2014 8:18 AM
> To: Sheriff Lanny North
> Subject: Re: LDN article
>
> I saw. Clearly he's oblivious to the fact that I have many other remedies available for his bad behavior.
>
> Sent from my iPhone
>
>> On Jul 16, 2014, at 8:16 AM, "Sheriff Lanny North" <Sheriff@co.hocking.oh.us> wrote:
>>
>>
>>
>>
>>
>> <Logandaily pg 1 7-16-14.pdf>
>> <Logandaily pg 2 7-16-14.pdf>

1

EXHIBIT 4

COPY TO SERVE

## HOCKING COUNTY MUNICIPAL COURT
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

| | | |
|---|---|---|
| State of Ohio/City of Logan | : | Case No.: CRB 1400714 |
| Plaintiff | : | |
| Vs. | : | Judge Frederick T. Moses |
| **DAVID L CUMMIN** | : | |
| 11423 HELBER ROAD | : | |
| LOGAN, OH 43138 | : | **Summons Upon Complaint** |
| Defendant | : | |

**FILED**

JUL 2 3 2014

**HOCKING COUNTY MUNICIPAL COURT**

FORM VI
TO THE ABOVE NAMED DEFENDANT:

A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
2921.44E DERELICTION OF

You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM**.

Date:   July 23, 2014                                   Michele Bell
                                                        Clerk of Court

                                                        By  Kyle Weber
                                                        _____
                                                        Clerk/Deputy Clerk

TO: Hocking County Sheriff's Office
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at _____ o'clock __m, and served the same by personal service on _____ , at _____ .

FAILURE OF SERVICE
Received this writ on _____ at _____ o'clock __m, and was unable to serve the same for the following reason

FEES

                                                By _____
SERVICE  $ _____                              Officer Serving Writ
MILES    $ _____
TOTAL    $ _____

COPY TO SERVE

**HOCKING COUNTY MUNICIPAL COURT**
**HOCKING COUNTY, OHIO**

State of Ohio
/City of Logan/

v.

NO. CRB1400714

David L. Cummin
name
11423 Helber Road
street
Logan          Ohio      43138
city           state     zip

**FILED**

JUL 2 3 2014

**HOCKING COUNTY**
**MUNICIPAL COURT**

Complainant being duly sworn states that __David L. Cummin__
                                              defendant
at __16095 Sherman Street__   Hocking County, Ohio on or about __January 10__, 2014,
       place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with respect to the public servant's office, or recklessly do any act expressly forbidden by law with respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and recklessly leave Hocking County without any Coroner coverage on January 10, 2014, thus leaving us without a Coroner. Russell Swackhammer died unattended and we had difficulty finding his family physician to have him sign off on the death certificate which was finally done after several hours.

in violation of Section __2921.44E__ of the Ohio Revised Code.

Dereliction of duty
M-2

_Det. Sgt. [signature]_
Complainant

Sworn to and subscribed before me by   Detective Sergeant Ed     on   July 23    ,2014
                                        Downs

_____
/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_____
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1

HOCKING COUNTY MUNICIPAL COURT
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

**FILED**

JUL 23 2014

HOCKING COUNTY
MUNICIPAL COURT

State of Ohio/City of Logan : Case No.: CRB 1400715
Plaintiff :

Vs. : Judge Frederick T. Moses

**DAVID L CUMMIN**
11423 HELBER RD
LOGAN, OH 43138 : **Summons Upon Complaint**
Defendant :

*COPY TO SERVE*

FORM VI
TO THE ABOVE NAMED DEFENDANT:

A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
2921.44E DERELICTION OF
You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM**.

Date: July 23, 2014                     Michele Bell
                                        Clerk of Court

                                        *Kyle White*
                                        By _____
                                        Clerk/Deputy Clerk

TO: Hocking County Sheriff's Office
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at ____ o'clock __m, and served the same by personal service on _____ , at _____.

FAILURE OF SERVICE
Received this writ on _____ at ____ o'clock __m, and was unable to serve the same for the following reason _____

FEES
                              By _____
SERVICE  $ _____             Officer Serving Writ
MILES    $ _____
TOTAL    $ _____

COPY TO SERVE

## HOCKING COUNTY MUNICIPAL COURT
## HOCKING COUNTY, OHIO

State of Ohio
/City of Logan/

v.

NO. CRB1400715

David L. Cummin
name
11423 Helber Road
street
Logan          Ohio     43138
city           state    zip

**FILED**

JUL 23 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that  David L. Cummin
                                              defendant
at  Hocking Valley Community   Hocking County, Ohio on or about   July 3 to July 6   ,2014,
    Hospital
        place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with respect to the public servant's office, or recklessly do any act expressly forbidden by law with respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and recklessly leave Hocking County without any Coroner coverage between July 3 and July 6, 2014, thus resulting in leaving a decedant lie in the Hocking Valley Community Hospital Morgue from July 3, 2014 at approximately 2pm until July 5, 2014 at approximately 6:30 pm at his direction. This resulted in the Athens County Coroner's Office having to release the body.

in violation of Section  2921.44E  of the Ohio Revised Code.

Dereliction of duty
M-2

_Det. Sgt. Ed_ [signature]
_____
Complainant

Sworn to and subscribed before me by   Detective Sergeant Ed    on    July 23    ,2014
                                       Downs

_____
/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_____
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1

COPY TO SERVE

## HOCKING COUNTY MUNICIPAL COURT
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

| | | |
|---|---|---|
| State of Ohio/City of Logan | : | Case No.: CRB 1400713 A |
| Plaintiff | : | |
| Vs. | : | Judge Frederick T. Moses |
| **DAVID L CUMMIN** | : | |
| 11423 HELBER RD | : | |
| LOGAN, OH 43138 | : | **Summons Upon Complaint** |
| Defendant | : | |

FILED
JUL 2 3 2014
HOCKING COUNTY
MUNICIPAL COURT

FORM VI
TO THE ABOVE NAMED DEFENDANT:

    A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
    2921.31 OBSTRUCTING OFF
    You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM**.

Date: July 23, 2014

                                      Michele Bell
                                      Clerk of Court

                                      By _Cindy L Kasler_____
                                      Clerk/Deputy Clerk

TO: HOCKING COUNTY SHERIFF
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at _____ o'clock ___m, and served the same by personal service on _____, at _____.

FAILURE OF SERVICE
Received this writ on _____ at _____ o'clock ___m, and was unable to serve the same for the following reason

      FEES

By _____
                            Officer Serving Writ

SERVICE   $_____
MILES       $_____
TOTAL      $_____

## HOCKING COUNTY MUNICIPAL COURT
## HOCKING COUNTY, OHIO

State of Ohio
/City of Logan/

v.

NO. CRB 1400 713 A

David L. Cummin
name
11423 Helber Road
street
Logan    Ohio    43138
city    state    zip

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that  David L. Cummin
                                                                        defendant

at  15780 State Route 678    Hocking County, Ohio on or about  July 19,  ,2014
             place

did, No person, without privilege to do so and with purpose to prevent, obstruct, or delay the performance by a public official of any authorized act within the public official's official capacity, shall do any act that hampers or impedes a public official in the performance of the public official's lawful duties; to wit: Coroner Cummin told Commissioner Walker that he didn't have any money in the lab/morgue and would not send the body for autopsy until he had it in writing that the commissioners would transfer the money into that fund.

in violation of Section  2921.31  of the Ohio Revised Code.

Obstructing Official Business
M-2

_Det. Sgt. [signature]_
Complainant

Sworn to and subscribed before me by  Detective Sergeant Ed Downs  on  July 23  ,2014

/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_[signature]_
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.081

**HOCKING COUNTY MUNICIPAL COURT**
**HOCKING COUNTY, OHIO**

State of Ohio
/City of Logan/

v.

NO. CRB 1400 713 B

David L. Cummin
name
11423 Helber Road
street
Logan      Ohio     43138
city          state     zip

FILED
JUL 2 3 2014
HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that   David L. Cummin
                                                                                  defendant
at   15780 State Route 378     Hocking County, Ohio on or about   July 19     ,2014,
               place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with respect to the public servant's office, or recklessly do any act expressly forbidden by law with respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and recklessly leave Hocking County without any Coroner coverage on July 19, 2014 through July 20, 2014, thus resulting in failing to respond to the scene of a double shooting with one person deceased because he was not in town and told a Commissioner that he didn't have any money in the lab/morgue and would not send the body for autopsy until he had it in writing that the commissioners would transfer the money into that fund.

in violation of Section    2921.44E    of the Ohio Revised Code.

Dereliction of duty
M-2

                                               Det. Sgt. _____
                                                                    Complainant

Sworn to and subscribed before me by    Detective Sergeant Ed Downs    on   July 23   ,2014

_____
/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_____
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1

HOCKING COUNTY MUNICIPAL COURT
HOCKING COUNTY, OHIO

State of Ohio
/City of Logan/

v.

David L, Cummin
name
11423 Helber Road
street
Logan     Ohio     43138
city     state     zip

NO. CRB 1400 713 C

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that    David L. Cummin
                                                                                  defendant
at    15780 State Route 678     Hocking County, Ohio on or about    July 19     ,2014,
                place

did, No person, with purpose to coerce another into taking or refraining from action concerning which the other person has a legal freedom of choice, shall take, withhold, or threaten to take or withhold official action, or cause or threaten to cause official action to be taken or withheld; to wit: Coroner Cummin told Commissioner Walker that he didn't have any money in the lab/morgue fund and would not send the body of a homicide victim for an autopsy until he had it writing.

in violation of Section    2905.12A5     of the Ohio Revised Code.

Coercion
M-2

                                                             Det. Sgt. Ed Downs
                                                                   Complainant

Sworn to and subscribed before me by    Detective Sergeant Ed Downs    on    July 23    ,2014

/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1