**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID L. CUMMIN, M.D. *et al*; | : | |
| Plaintiffs | : | CASE NO. 2:15-CV-1043 |
| v | : | |
| LANNY NORTH, *et al*;. | : | |
| Defendants | : | |
| | : | |

**AMENDED
NOTICE OF SUBSTITUTION OF PARTY**

Now comes counsel for Defendants, giving notice to counsel and the Court that the prior county commissioner is no longer in office and has been replaced. Thus, Jeff Dickerson is the County Commissioner replacing Clark Sheets; Jeff Dickerson is hereby substituted as a party for defendant Clark Sheets.

Respectfully Submitted by:

/s/ Randall L. Lambert
Randall L. Lambert (0117987)
Attorney for Defendants
PO Box 725
Ironton, Ohio 45638
(740) 532-4333

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the

1

Courts electronic filing system.

        LAMBERT LAW OFFICES

        <u>/s/ Randall L. Lambert</u>
        **RANDALL L. LAMBERT (0017987)**
        **COUNSEL FOR DEFENDANTS**