## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID L. CUMMIN, M.D., *et al.* | ) ) ) ) ) | Case No. 2:15-cv-1043 |
| Plaintiffs, | ) ) ) | Judge Sargus |
| v. | ) ) | Magistrate Judge King |
| LANNY NORTH, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA

Plaintiffs, by and through their undersigned counsel, hereby provide notice of serving a subpoena on Jeremy Dye for the production of documents and electronically stored information. A copy of the subpoena is attached hereto as **Exhibit 1.**

Respectfully submitted,

BRUNNER QUINN

/s/ Rick L. Brunner
Rick L. Brunner          (0012998)
Email: rlb@brunnerlaw.com
Peter A. Contreras        (0087530)
Email: pac@brunnerlaw.com
BRUNNER QUINN
35 North Fourth Street, Suite 200
Columbus, Ohio 43215
Telephone:    (614) 241-5550
Facsimile:    (614) 241-5551
*Attorneys for Plaintiffs*

EXHIBIT
1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system this 3rd day of August 2015, which will send electronic notice to the following

Randall L. Lambert, Esq.
Lambert Law Office
215 South Fourth Street
P.O. Box 725
Ironton, Ohio 45638
Email: rlambert@lambert-law.org.
*Attorney For Defendants*

/s/ Rick L. Brunner
Rick L. Brunner      (0012998)

2