UNITED STATES POSTAL SERVICE

05 AUG '15
PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

**Brunner Quinn**
35 North Fourth Street
Suite 200
Columbus, Ohio 43215

4677

RECEIVED
AUG 06 2015
By _____

USPS TRACKING#

9590 9403 0266 5155 8374 34

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeremy Dye
   200 Midland Place
   Logan, OH 43138

9590 9403 0266 5155 8374 34

2. Article Number (Transfer from service label)

7015 0640 0007 8205 6649

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jeremy Dye
C. Date of Delivery: 8-5-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000



EXHIBIT