FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID L. CUMMIN, M.D., *et al.* | ) ) ) ) ) | Case No. 2:15-cv-1043 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Judge Sargus<br>Magistrate Judge King |
| LANNY NORTH, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA

Plaintiffs, by and through their undersigned counsel, hereby provide notice of serving a subpoena on Keller Blackburn to attend and give testimony at a deposition. A copy of the subpoena is attached hereto as **Exhibit 1**.

Respectfully submitted,

BRUNNER QUINN

/s/ Rick L. Brunner
Rick L. Brunner          (0012998)
Email: rlb@brunnerlaw.com
Patrick M. Quinn          (0081692)
Email: pmq@brunnerlaw.com
BRUNNER QUINN
35 North Fourth Street, Suite 200
Columbus, Ohio 43215
Telephone:     (614) 241-5550
Facsimile:     (614) 241-5551
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system this 19 day of August 2016, which will send electronic notice to the following

Randall L. Lambert, Esq.
Lambert Law Office
215 South Fourth Street
P.O. Box 725
Ironton, Ohio 45638
Email: rlambert@lambert-law.org.
*Attorney For Defendants*

J. Stephen Teetor, Esq.
Aaron M. Glasgow, Esq.
Isaac Wiles Burkholder & Teetor
Two Miranova Place, Ste. 700
Columbus, Ohio 43215
Email: steetor@isaacwiles.com
Email: aglasgow@isaacwiles.com
*Attorney for Defendant David Valkinburg*

Lawrence Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road
Suite 200
Mason, Ohio 45040
Email: lbarbiere@smbplaw.com
*Attorney for Defendant Edwin Downs*

/s/ Rick L. Brunner
Rick L. Brunner        (0012998)

2

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID L. CUMMIN, M.D., *et al.* | ) ) ) ) | Case No. 2:15-cv-1043 |
|  | ) ) |  |
| Plaintiffs, | ) ) | Judge Sargus |
| v. | ) | Magistrate Judge King |
| LANNY NORTH, *et al.* | ) ) ) |  |
| Defendants. | ) ) |  |

## SUBPOENA TO ATTEND AND GIVE TESTIMONY AT A DEPOSITION

**TO:**   **Keller J. Blackburn, Esq.**
**Athens County Prosecuting Attorney**
**1 South Court Street, First Floor**
**Athens, Ohio 45701**
**Email: keller.blackburn@athenscountyprosecutor.org**
**Facsimile: (740) 592-3291**

### YOU ARE HEREBY COMMANDED TO:

__ X __   Attend and give testimony at a deposition on the date, time and place specified below.

__ X __   Produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

DATE: **Thursday, September 15, 2016**      TIME: **10:00 a.m.**

PLACE: **1 South Court Street Athens, Ohio 45701**

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Case No. 2:15-cv-1043

BY: _____     Signature of: Rick L. Brunner Attorney for
Plaintiffs

................................................................................

The name, address, email address, and telephone number of the attorney representing Plaintiffs
who issues or requests this subpoena are:

NAME: Rick L. Brunner, Attorney for Plaintiffs
ADDRESS: 35 North Fourth Street, Suite 200, Columbus, Ohio 43215
EMAIL: rlb@brunnerlaw.com
TELEPHONE NUMBER: (614) 241-5550
ATTORNEY CODE: 0012998

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the
inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case
before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45)*

I received this subpoena for Keller J. Blackburn, Esq., on 8|15, 2016.

✓ I SERVED THE SUBPOENA BY DELIVERING A COPY TO THE NAMED PERSON AS FOLLOWS:
via certified mail _____, on 8|16, 2016; OR

_____ I WAS UNABLE TO COMPLETE SERVICE FOR THE FOLLOWING REASON AND RETURNED THE SUBPOENA

UNEXECUTED BECAUSE:

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered
to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $_____ .

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: 8|19|16                                          (Server's Signature)

Rick L. Brunner                       (Print Name and Title)
35 N. 4th Street Suite 200            (Address)
Columbus, OH 43215

Additional Information regarding attempted service, etc.:

_____

2

Case No. 2:15-cv-1043

## FEDERAL RULE OF CIVIL PROCEDURE 45 (c), (d), (e), and (g)  (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly
transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is
employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of
production or inspection unless also commanded to appear for a deposition,
hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible
things or to permit inspection may serve on the party or attorney designated
in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or(ii) disclosing an unretained expert's opinion or information that does
not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents
must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for

3

Case No. 2:15-cv-1043

it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

DISCOVERY EXHIBIT A

Page 1 of 1

## Kelly Post

| | |
|---|---|
| From: | "Keller Blackburn" <keller.blackburn@athenscountyprosecutor.org> |
| Date: | Monday, March 28, 2016 2:17 PM |
| To: | "Zach Saunders" <zach.saunders@athenscountyprosecutor.org> |
| Attach: | Scanned-image-115.pdf; Untitled attachment 00087.htm |
| Subject: | Fwd: Attached |

This message was originated on my iPhone, please excuse any spelling and grammar errors.

Begin forwarded message:

> **From:** Sheriff Lanny North <Sheriff@co.hocking.oh.us>
> **Date:** March 4, 2016 at 12:00:27 PM EST
> **To:** "keller.blackburn@athenscountyprosecutor.org"
> <keller.blackburn@athenscountyprosecutor.org>
> **Subject: Attached**
>
> We have a hearing scheduled for March 18 and one issue is the intimidation issue, the reason for the time-line I put together.
> Attached is the hearing notice.
>
> Just thought I would share with you.
>
> Lanny

DISCOVERY EXHIBIT B

COPY TO SERVE

### HOCKING COUNTY MUNICIPAL COURT
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

FILED

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

| | | |
|---|---|---|
| State of Ohio/City of Logan | : | Case No.: CRB 1400713 A |
| Plaintiff | : | |
| Vs. | : | Judge Frederick T. Moses |
| **DAVID L CUMMIN** | : | |
| 11423 HELBER RD | : | |
| LOGAN, OH 43138 | : | **Summons Upon Complaint** |
| Defendant | : | |

FORM VI
TO THE ABOVE NAMED DEFENDANT:

A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
2921.31 OBSTRUCTING OFF
You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM**.

Date:  July 23, 2014

Michele Bell
Clerk of Court

*Cindy L Kasler*

By _____
Clerk/Deputy Clerk

TO: HOCKING COUNTY SHERIFF
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at _____ o'clock __m, and served the same by personal service on _____, at _____.

FAILURE OF SERVICE
Received this writ on _____ at _____ o'clock __m, and was unable to serve the same for the following reason
_____

| FEES | | By _____ |
|---|---|---|
| SERVICE | $ _____ | Officer Serving Writ |
| MILES | $ _____ | |
| TOTAL | $ _____ | |

**HOCKING COUNTY MUNICIPAL COURT**
**HOCKING COUNTY, OHIO**

State of Ohio
/City of Logan/

v.

David L. Cummin
name
11423 Helber Road
street
Logan              Ohio        43138
city               state       zip

NO. CRB1400713A

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that   David L. Cummin
                                            defendant
at   15780 State Route 678         Hocking County, Ohio on or about   July 19,        ,2014
        place

did, No person, without privilege to do so and with purpose to prevent, obstruct,
or delay the performance by a public official of any authorized act within the
public official's official capacity, shall do any act that hampers or impedes a public
official in the performance of the public official's lawful duties; to wit: Coroner
Cummin told Commissioner Walker that he didn't have any money in the lab/morgue and would
not send the body for autopsy until he had it in writing that the commissioners would transfer the
money into that fund.

in violation of Section   2921.31      of the Ohio Revised Code.

Obstructing Official Business
M-2

                                            Dec. Sgt. Ed ___
                                            Complainant

Sworn to and subscribed before me by   Detective Sergeant Ed      on    July 23        ,2014
                                        Downs


                        / Judge / Clerk / Deputy Clerk /
                        Hocking County Municipal Court

                                or


                        PEACE OFFICER
            Authorized To Administer Oaths Pursuant to ORC 2935.081

DISCOVERY EXHIBIT C

**HOCKING COUNTY MUNICIPAL COURT**
**HOCKING COUNTY, OHIO**

State of Ohio
/City of Logan/

NO. _CRB 1400 113 B_

v.

David L. Cummin
_____
name
11423 Helber Road
_____
street
Logan          Ohio     43138
_____
city           state    zip

FILED

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that _David L. Cummin_
                                          defendant

at _15780 State Route 378_ Hocking County, Ohio on or about _July 19_ ,2014,
      place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with respect to the public servant's office, or recklessly do any act expressly forbidden by law with respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and recklessly leave Hocking County without any Coroner coverage on July 19, 2014 through July 20, 2014, thus resulting in failing to respond to the scene of a double shooting with one person deceased because he was not in town and told a Commissioner that he didn't have any money in the lab/morgue and would not send the body for autopsy until he had it in writing that the commissioners would transfer the money into that fund.

in violation of Section _2921.44E_ of the Ohio Revised Code.

Dereliction of duty
M-2

_Dct. Sgt._ _____
                Complainant

Sworn to and subscribed before me by  Detective Sergeant Ed    on   July 23    ,2014
                                        Downs

_____
/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_____
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1

Case No. 2:15-cv-1043

## Exhibit 1

1.    The "time-line" that Defendant Lanny North describes in the email attached hereto as **Discovery Exhibit A**.

2.    Any and all documentation related to, concerning or in any way dealing the follow five matters, including but not limited to email communications and letters or forms of communications about:

**Discovery Exhibit B**. Hocking County Municipal Court case number 1400713 (A)

**Discovery Exhibit C**. Hocking County Municipal Court case number CRB1400713 (B)

**Discovery Exhibit D**. Hocking County Municipal Court criminal case number CRV1400713(C)

**Discovery Exhibit E**. Hocking County Municipal Court case number CRB1400714

**Discovery Exhibit F**. Hocking County Municipal Court case number CRB1400715

DISCOVERY EXHIBIT D

**HOCKING COUNTY MUNICIPAL COURT**
**HOCKING COUNTY, OHIO**

State of Ohio
/City of Logan/

     v.

David L. Cummin
_____
name
11423 Helber Road
_____
street
Logan        Ohio     43138
_____
city          state     zip

NO. CRB 1400 713 C

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that    David L. Cummin
                                                    defendant
at    15780 State Route 678          Hocking County, Ohio on or about    July 19        ,2014,
            place

did, No person, with purpose to coerce another into taking or refraining from action concerning
which the other person has a legal freedom of choice, shall take, withhold, or threaten to take or
withhold official action, or cause or threaten to cause official action to be taken or withheld; to
wit: Coroner Cummin told Commissioner Walker that he didn't have any money in the lab/morgue
fund and would not send the body of a homicide victim for an autopsy until he had it writing.

in violation of Section    2905.12A5      of the Ohio Revised Code.

Coercion
M-2

_____
Complainant

Sworn to and subscribed before me by    Detective Sergeant Ed      on    July 23     ,2014
                                       Downs

_____
/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

_____
PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1

DISCOVERY EXHIBIT E

COPY TO SERVE

## HOCKING COUNTY MUNICIPAL COURT
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

| | | |
|---|---|---|
| State of Ohio/City of Logan | : | Case No.: CRB 1400714 |
| Plaintiff | : | |
| Vs. | : | Judge Frederick T. Moses |
| **DAVID L CUMMIN** | : | |
| 11423 HELBER ROAD | : | |
| LOGAN, OH 43138 | : | **Summons Upon Complaint** |
| Defendant | : | |

FORM VI
TO THE ABOVE NAMED DEFENDANT:

    A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
        2921.44E DERELICTION OF
    You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM.**

Date:  July 23, 2014

              Michele Bell
              Clerk of Court

              By _____
              Clerk/Deputy Clerk

TO: Hocking County Sheriff's Office
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at _____ o'clock __m, and served the same by personal service on _____ , at _____

FAILURE OF SERVICE
Received this writ on _____ at _____ o'clock __m, and was unable to serve the same for the following reason _____

       FEES

                  By _____

SERVICE  $                      Officer Serving Writ
MILES    $
TOTAL    $

COPY TO SERVE

## HOCKING COUNTY MUNICIPAL COURT
## HOCKING COUNTY, OHIO

State of Ohio
/City of Logan/

      v.

David L. Cummin
name
11423 Helber Road
street
Logan          Ohio    43138
city          state     zip

NO. CRB1400714

# FILED

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that   David L. Cummin
                                                                     defendant

at  16095 Sherman Street        Hocking County, Ohio on or about  January 10    ,2014,
          place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with respect to the public servant's office, or recklessly do any act expressly forbidden by law with respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and recklessly leave Hocking County without any Coroner coverage on January 10, 2014, thus leaving us without a Coroner. Russell Swackhammer died unattended and we had difficulty finding his family physician to have him sign off on the death certificate which was finally done after several hours.

in violation of Section  2921.44E    of the Ohio Revised Code.

Dereliction of duty
M-2

                                                    Complainant

Sworn to and subscribed before me by    Detective Sergeant Ed     on  July 23    ,2014
                                      Downs

                      / Judge / Clerk / Deputy Clerk /
                      Hocking County Municipal Court

                                  or

                      PEACE OFFICER
        Authorized To Administer Oaths Pursuant to ORC 2935.08.1

DISCOVERY EXHIBIT F

**HOCKING COUNTY MUNICIPAL COURT**
1 East Main Street, Logan, Ohio 43138
(740) 385 2250
(HTTP://www.hockingcountymunicipalcourt.com)

**FILED**

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

State of Ohio/City of Logan : Case No.: CRB 1400715

                Plaintiff :

Vs. :

**DAVID L CUMMIN** :

11423 HELBER RD :

LOGAN, OH 43138 :

                Defendant :

Judge Frederick T. Moses

**Summons Upon Complaint**

*COPY TO SERVE*

FORM VI
TO THE ABOVE NAMED DEFENDANT:

    A Complaint, a copy of which is attached hereto, has been filed in the above named court charging you with the following:
        2921.44E DERELICTION OF
    You are hereby summoned and ordered to appear in this Court on **08/11/2014 at 08:15 AM**.

Date:   July 23, 2014

                Michele Bell
                Clerk of Court

                By
                Clerk/Deputy Clerk

TO: Hocking County Sheriff's Office
**RETURN OF SERVICE**

PERSONAL
Received this writ on _____ at _____ o'clock __m, and served the same by personal service on _____, at

FAILURE OF SERVICE
Received this writ on _____ at _____ o'clock __m, and was unable to serve the same for the following reason

        FEES

                By _____

SERVICE   $ _____
MILES     $ _____
TOTAL     $ _____

                Officer Serving Writ

*COPY TO SERVE*

## HOCKING COUNTY MUNICIPAL COURT
### HOCKING COUNTY, OHIO

State of Ohio
/City of Logan/

v.

NO. CRB 14-0715

David L. Cummin
name
11423 Helber Road
street
Logan      Ohio     43138
city        state     zip

# FILED

JUL 2 3 2014

HOCKING COUNTY
MUNICIPAL COURT

Complainant being duly sworn states that   David L. Cummin
                                                                 defendant

at   Hocking Valley Community     Hocking County, Ohio on or about    July 3 to July 6     ,2014,
     Hospital
         place

did, No public servant shall recklessly fail to perform a duty expressly imposed by law with
respect to the public servant's office, or recklessly do any act expressly forbidden by law with
respect to the public servant's office; to wit: Coroner David L. Cummin did knowingly and
recklessly leave Hocking County without any Coroner coverage between July 3 and July 6, 2014,
thus resulting in leaving a decedant lie in the Hocking Valley Community Hospital Morgue from
July 3, 2014 at approximately 2pm until July 5, 2014 at approximately 6:30 pm at his direction.
This resulted in the Athens County Coroner's Office having to release the body.

in violation of Section    2921.44B    of the Ohio Revised Code.

Dereliction of duty
M-2

                                        Det. Sgt.
                                           Complainant

Sworn to and subscribed before me by    Detective Sergeant Ed     on    July 23     ,2014
                                      Downs

/ Judge / Clerk / Deputy Clerk /
Hocking County Municipal Court

or

PEACE OFFICER
Authorized To Administer Oaths Pursuant to ORC 2935.08.1



USPS TRACKING #

9590 9402 1426 5329 7708 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

AUG 1 8 2016

By _____

4677

**Brunner Quinn**
35 North Fourth Street
Suite 200
Columbus, Ohio 43215

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keller J. Blackburn, Esq.
Athens County Prosecuting Attorney
1 South Court Street, First Floor
Athens, Ohio 45701

9590 9402 1426 5329 7708 62

2. Article Number (Transfer from service label)

7016 0750 0001 0993 3252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Christy Murphy

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt